United States District Court

Eastern District of California

Shayne Kyle Terry,

       Petitioner,                   No. Civ. S 05-1866 LKK PAN P

   vs.                             Order

Mark Shepherd, Warden,

       Respondents.

                      -oOo-

    October 27, 2005, respondent requested an extension of time to file and serve a response to the petition.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  October 27, 2005.

                                    /s/ Peter A. Nowinski
                                  PETER A. NOWINSKI
                                  Magistrate Judge