1

2

3

4

5

6

7

8                    United States District Court

9                   Eastern District of California

10

11

12  Shayne Kyle Terry,

13          Petitioner,              No. Civ. S 05-1866 LKK PAN P

14      vs.                          Order

15  Mark Shepherd,

16          Respondent.

17                          -oOo-

18      November 28, 2005, respondent requested an extension of time

19  to file and serve a response to the petition.  Good cause

20  appearing, respondent's request is granted and time is extended

21  until 30 days from the date this order is signed.

22      So ordered.

23      Dated:  December 1, 2005.

24                          /s/ Peter A. Nowinski
                            PETER A. NOWINSKI
25                          Magistrate Judge

26