IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHAYNE KYLE TERRY,

    Petitioner,                   No. CIV S-05-1866 LKK PAN P

    vs.

MARK SHEPHERD,

    Respondent.                <u>ORDER TO SHOW CAUSE</u>

_____/

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On December 27, 2005, respondent filed a motion to dismiss. Petitioner has not filed an opposition to the motion. Local Rule 78-230(m) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." Good cause appearing, IT IS HEREBY ORDERED that petitioner show cause, within twenty days, why respondent's December 27, 2005 motion to dismiss should not be granted.

DATED: February 23, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; terr1866.46h