1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SHAYNE KYLE TERRY,

11           Petitioner,                    No. CIV S-05-1866 LKK PAN P

12       vs.

13   MARK SHEPHERD, Acting Warden,

14           Respondent.                    ORDER

15   _____/

16           Petitioner is a state prisoner proceeding through counsel with an application for a

17   writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On December 27, 2005, respondent filed a

18   motion to dismiss the petition based on petitioner's failure to name a proper respondent,

19   inclusion of unexhausted claims, and failure to provide supporting facts.

20           On February 24, 2006, petitioner was ordered to show cause, within twenty days,

21   why respondent's motion to dismiss should not be granted.  On March 13, 2006, counsel for

22   petitioner filed an opposition to the motion.  Good cause appearing, the order to show cause will

23   be discharged.

24           Petitioner appended a proposed amended petition to his opposition.  Petitioner has

25   now named the proper respondent, omitted the unexhausted claims and added facts in support of

26   his exhausted claims.  Good cause appearing, respondent's motion to dismiss will be granted and

1

1  petitioner will be granted leave to amend his petition.  The Clerk of the Court will be directed to

2  detach the amended petition from the March 13, 2006 filing and file and docket it as an Amended

3  Petition.  Respondent will be directed to respond to the amended petition within 45 days.

4           Accordingly, IT IS HEREBY ORDERED that:

5           1.  Respondent's December 27, 2005 motion to dismiss is granted;

6           2.  The February 24, 2006 order to show cause is discharged;

7           3.  Petitioner's original petition is dismissed with leave to amend;

8           4.  The Clerk of the Court is directed to detach the amended petition attached to

9  petitioner's March 13, 2006 filing and to separately file and docket the amended petition;

10           5.  Respondents are directed to file an answer within forty-five days from the date

11  of this order.  See Rule 4, Rules Governing Section 2254 Cases.  Respondents shall include with

12  the answer any and all transcripts or other documents relevant to the determination of the issues

13  presented in the application.  Rule 5, Rules Governing Section 2254 Cases; and

14           6.  Petitioner's traverse, if any, is due on or before thirty days from the date

15  respondents' answer is filed.

16  DATED: July 24, 2006.

17

18  UNITED STATES MAGISTRATE JUDGE

19

20  /terr1866.mtd

21

22

23

24

25

26